IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

MDC SPRINGFIELD LLC,          )
                                   )
        Plaintiff,          )   TC-MD 140104C
                                   )
      v.                   )
                                   )
LANE COUNTY ASSESSOR,     )
                                 )
        Defendant.     )   **FINAL DECISION**

This matter is before the court on the parties' Stipulation filed May 19, 2014. Plaintiff

appeals the real market value of property identified as Accounts 0118990 and 0118974 for the

2013-14 tax year. On April 4, 2014, Defendant filed a Motion to Dismiss (Motion) Plaintiff's

Complaint as untimely under ORS 305.280(4). By Order of the court filed April 30, 2014, the

court denied Defendant's Motion. That Order is incorporated herein. Because the parties are in

agreement, the case is ready for final decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is denied.

IT IS FURTHER DECIDED that the real market value of property described below is, as

stipulated for the 2013-14 tax year:

Account 0118990
Real Market Value:
| | | |
|---|---|---|
| Land: | $ | 308,786 |
| Improvements: | $ | 842,748 |
| Total: | $1,151,534 | |

Account 0118974
Real Market Value:
| | | |
|---|---|---|
| Land: | $ | 273,466 |
| Improvements: | $ | -0- |
| Total: | $ | 273,466. |

/ / /

IT IS FURTHER DECIDED that, as stipulated by the parties, neither party is awarded attorney fees or costs and disbursements.

Dated this ____ day of May 2014.

DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision was signed by Magistrate Dan Robinson on May 29, 2014. The Court filed and entered this Final Decision on May 29, 2014.*